

REDACTED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA, :
:
Plaintiff :
:
v. : Criminal Action No. 06 – 29
:
SILVIA LANDA-MARTINEZ, :
:
Defendant. :

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about March 19, 2006, in the State and District of Delaware, the defendant herein, SILVIA LANDA-MARTINEZ, an alien and citizen of Mexico, who had been deported from the United States on or about July 20, 2004, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

Foreperson

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: [signature]
Adam Safwat
Assistant United States Attorney

Dated: March 28, 2006