IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-29 JJF |
| SILVIA LANDA-MARTINEZ, | : | |
| Defendant. | : | |

O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against her in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Thursday, July 13, 2006, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 8, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE