AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

SILVIA LANDA-MARTINEZ

**WARRANT FOR ARREST**

CASE NUMBER: 06- 36M-MPT

CR 06-29

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SILVIA LANDA-MARTINEZ** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly re-entering the United States and being present in the United States after being deported, without prior approval of either the Attorney General or the Undersecretary for Border and Transportation Security,

in violation of Title __8__ United States Code, Section __1326(a)__.

| | |
|---|---|
| **Honorable Mary Pat Thynge** <br> Name of Issuing Officer | United States Magistrate Judge <br> District of Delaware <br> Title of Issuing Officer |
| [signature] <br> Signature of Issuing Officer | March 24, 2006    Wilmington, DE <br> Date and Location |
| Bail fixed at $ _____ | by _____ <br> Name of Judicial Officer |

FILED
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Silvia Landa-Martinez | | |
| DATE RECEIVED <br> 3-24-06 | NAME AND TITLE OF ARRESTING OFFICER <br> William David, DUSM | SIGNATURE OF ARRESTING OFFICER <br> [signature] William David |
| DATE OF ARREST <br> 3-24-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: <u>SILVIA LANDA-MARTINEZ</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: <u> F </u>  RACE: <u> Hispanic </u>

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____